|  |  |  |
|---|---|---|
| Anthony Royal, on behalf of himself and all others similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>STS Electronic Recycling, Inc.,<br><br>  Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) | **United States District Court**<br>**Northern District of Illinois**<br><br>  Case No.: 1:26-cv-2138<br><br><br>**STIPULATION OF DISMISSAL**<br>**WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties to the above-captioned action, through their undersigned counsel, that the above-captioned action is dismissed with prejudice as to all claims, causes of action, and parties, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that each party shall bear its own costs, expenses, and attorneys' fees, except as otherwise agreed in writing by the parties.

Dated: May 22, 2026

| | |
|---|---|
| **/s/ Alison Chan** | **/s/ Jonathan Hyman** |
| By: Alison Chan, Esq. | By: Jonathan Michael Hyman, Esq. |
| EQUAL ACCESS LAW GROUP, PLLC | Gray Reed & McGraw LLP |
| 4903 Avenue N, | Suite 2000 1300 Post Oak Blvd, |
| Brooklyn NY 11234 | Houston, TX 77056 |
| D: 929-442-2154 | PH: (713) 986-7000 |
| Email: achan@ealg.law | Email: Jhyman@grayreed.Com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |